U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 31 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

CHARLES CUTLER

VERSUS

CITY OF SULPHUR

CIVIL ACTION NO: 11-0810

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, this 31 day of May 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE